NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PS CHEZ SIDNEY, L.L.C.,**
*Plaintiff-Appellee,*

**v.**

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellant,*

**and**

**UNITED STATES CUSTOMS SERVICE,**
*Defendant-Appellant,*

**and**

**CRAWFISH PROCESSORS ALLIANCE,**
*Defendant-Appellant,*

**and**

**COMMISSIONER BOB ODOM AND LOUISIANA DEPARTMENT OF AGRICULTURE AND FORESTRY,**
*Defendants.*

---

2008-1526, -1527, -1534

---

Appeals from the United States Court of International Trade in case no. 02-00635, Judge Evan J. Wallach.

---

## ON MOTION

---

## O R D E R

The United States International Trade Commission moves for a 35-day extension of time, until March 11, 2011, to file its brief.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 0 3 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  William E. Brown, Esq.
     Franklin E. White, Jr., Esq.
     Patrick V. Gallagher, Esq.
     Will E. Leonard, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**FEB 03 2011**

**JAN HORBALY
CLERK**